### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

TONY LAMAR MILLER, JR.
#170997                                                                          PLAINTIFF

v.                                        4:26-cv-00237-JM-JJV

MELVIN REDIX, JR., Sergeant,
Dub Brassell Detention Center; *et al.*                                          DEFENDANTS

### RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody Jr.  Any party may serve and file written objections to this Recommendation.  Objections should be specific and include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation.  Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

### I.    DISCUSSION

Plaintiff Tony Lamar Miller, Jr. has filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983.  (Doc. 2.)  On March 11, 2026, I entered an Order explaining that he had to either pay the filing fee in full or file an Application to Proceed *In Forma Pauperis.*  (Doc. 3.)  I provided him with the necessary forms and explained that if he did not comply with my instructions within thirty days, I would recommend dismissal.  Plaintiff has not responded to my Order, and the time to do so has passed.  Thus, I recommend this case be dismissed without prejudice due to a lack of prosecution.  *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

1

## II.     CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1.      The Complaint (Doc. 2) be DISMISSED without prejudice due to a lack of prosecution.

2.      The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 14th day of April 2026.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE