**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

TONY LAMAR MILLER, JR.
#170997                                                                                      PLAINTIFF

v.                                          4:26-cv-00237-JM-JJV

MELVIN REDIX, JR., Sergeant,
Dub Brassell Detention Center; *et al.*                                    DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge

Joe J. Volpe.   (Doc. 4 .)   No objections have been filed, and the time to do so has passed.   After

careful review, the Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Complaint (Doc. 2) is DISMISSED without prejudice due to a lack of

prosecution.   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal

from this Order and the accompanying Judgment would not be taken in good faith.

DATED this 5th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE