**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

TONY LAMAR MILLER, JR.
#170997                                                                                    PLAINTIFF

v.                                            4:26-cv-00237-JM-JJV

MELVIN REDIX, JR., Sergeant,
Dub Brassell Detention Center; *et al.*                                          DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED

without prejudice, and this case is CLOSED.   It is certified that an *in forma pauperis* appeal from

this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 5th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE